Mildred K. O'Linn (State Bar No. 159055)
 *missy.olinn@manningkass.com*
Roslynn Wilfert (State Bar No. 303024)
 *Roslynn.Wilfert@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, OFFICER JAY CHOI, OFFICER SAMUEL RIVEROS, OFFICER SUNNY KIM, CITY OF BALDWIN PARK POLICE DEPARTMENT, and CITY OF BALDWIN PARK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANK LOPEZ, individually and as successor-in-interest to Estate of HELEN LUCERO (Deceased) and CECILIA LOPEZ (Deceased); ALMA MARIE LOPEZ, individually and as successor-in-interest of Estate of CECEILIA LOPEZ, Deceased,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OFFICER JAY CHOI, an individual; OFFICER SAMUEL RIVEROS, and Individual; OFFICER SUNNY KIM, an INDIVIDUAL; CITY OF BALDWIN PARK POLICE DEPARTMENT, CITY OF BALDWIN PARK, and DOES 1-25, Inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-00802-SK<br>Magistrate Judge, Steve Kim<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Filed Date:　02/02/23<br>FAC Date:　05/18/23<br>Trial Date:　02/11/25 |

## TO THE HONORABLE COURT:

In accordance with L.R. 16-15.7, Plaintiffs FRANK LOPEZ, individually and as successor-in-interest to Estate of HELEN LUCERO (Deceased) and CECILIA

LOPEZ (Deceased); ALMA MARIE LOPEZ, individually and as successor-in-interest of Estate of CECEILIA LOPEZ, Deceased, and Defendants OFFICER JAY CHOI, OFFICER SAMUEL RIVEROS, OFFICER SUNNY KIM, CITY OF BALDWIN PARK POLICE DEPARTMENT, and CITY OF BALDWIN PARK, have agreed to a settlement in principle.

The parties jointly recommend and request that the honorable Court vacate the current pre-trial dates/deadlines, trial date, and all other hearing dates and case management deadlines, including but not limited to the final pretrial conference and any set hearings for any pending motions.

It is respectfully requested that the Court maintain jurisdiction over this matter and set an Order to Show Cause Re: Dismissal of Entire Action, in ninety (90) days from now, allowing time for the settlement to be finalized.

DATED: October 14, 2024          Respectfully submitted,

**KHASHAN Law Firm. APC**

By:   */s/ Lewis G. Khashan*
Lewis G. Khashan
Attorney for Plaintiffs, FRANK LOPEZ, individually and as successor-in-interest to Estate of HELEN LUCERO (Deceased) and CECILIA LOPEZ (Deceased); ALMA MARIE LOPEZ, individually and as successor-in-interest of Estate of CECILIA LOPEZ. Deceased.

1  DATED: October 14, 2024  **MANNING & KASS**
2  **ELLROD, RAMIREZ, TRESTER LLP**

4  By: */s/ Roslynn M. Wilfert*
   Mildred K. O'Linn
   Roslynn M. Wilfert
   Attorneys for Defendants, OFFICER JAY CHOI, OFFICER SAMUEL RIVEROS, OFFICER SUNNY KIM, CITY OF BALDWIN PARK POLICE DEPARTMENT, and CITY OF BALDWIN PARK

I attest that all signatories listed, on whose behalf this filing is submitted, have authorized the filing and concur with its contents. C.D. Cal. L.R. 5-4.3.4(a)(2)(i).

*/s/ Roslynn M. Wilfert*
Roslynn M. Wilfert